# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

### Civil Case Number: 3:18-cv-01287-BJD-JBT

Jasmine Hapgood,

                Plaintiff,

v.

Realpage, Inc. d/b/a Leasingdesk Screening,

                Defendant.

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement in principle. The Plaintiff anticipates filing voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 5, 2019

                                          Respectfully submitted,

                                          By: */s/ Janelle A. Weber*

                                          Janelle A. Weber
                                          Florida Bar No. 17630
                                          Law Office of Janelle A. Weber, P.A.
                                          1520 W. Cleveland St., Ste. A
                                          Tampa, FL 33606
                                          Telephone: (813) 982-3663
                                          Facsimile: (813) 982-3810
                                          E-mail: jweber@janelleweberlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ *Janelle A. Weber*_____

                                        Janelle A. Weber, Esq.